UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   12-cr-00045-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

6.  MICHAEL GAYTON

    Defendant.

## ORDER

The Court has considered the government's motion for the three level acceptance of responsibility reduction pursuant to §3E1.1 of the United States Sentencing Guidelines being fully advised, it is hereby

ORDERED that Government's Motion Regarding Acceptance of Responsibility [ECF Doc. No. 757], filed May 20, 2013, is **GRANTED.**  It is further

ORDERED that the Defendant receive a reduction of three levels in the base offense level for acceptance of responsibility as provided by §3E1.1(a) and (b) of the United States Sentencing Guidelines.

Dated:  June 4, 2013.

                        BY THE COURT:

                        \s\ Wiley Y. Daniel
                        WILEY Y. DANIEL
                        SENIOR UNITED STATES DISTRICT JUDGE