IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 12-cr-00045-WYD-06

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

MICHAEL GAYTON,

        Defendant.

---

**ORDER TO SURRENDER IN LIEU OF
TRANSPORTATION BY THE UNITED STATES MARSHAL**

---

        IT IS ORDERED that Defendant, MICHAEL GAYTON, having been sentenced in the above-named case to the custody of the Bureau of Prisons, is to surrender himself by reporting to the Warden, FCI Englewood, Littleton, Colorado, on July 9, 2013, by 12 noon.  Travel will be at his own expense.

        DATED at Denver, Colorado, this 10th day of July, 2013.

        BY THE COURT:

s/ Wiley Y. Daniel

_____

WILEY Y. DANIEL
Senior United States District Judge